UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MITCHELL A. POHL, D.D.S. an individual,

    Plaintiff,                                        Case No.: 4:17-cv-00181

v.

MH SUB I, LLC d/b/a/ OFFICITE an Illinois
Limited Liability Company

    Defendant.
_____/

## COMPLAINT

Plaintiff, MITCHELL A. POHL, D.D.S. ("POHL" or "Plaintiff"), sues Defendant MH SUB I, LLC d/b/a OFFICITE ("OFFICITE") as follows:

### NATURE OF THIS ACTION

1. This is an action for Copyright Infringement under the Copyright Act, 17 U.S.C. § 101 et seq., and for associated damages, injunctive relief, and attorney's fees arising from the OFFICITE's unauthorized copying, distribution, and public display of photographs authored by POHL and in which POHL owns the copyright.

### JURISDICTION AND VENUE

2. This court has subject matter jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1338 (a).

3. This court has personal jurisdiction over OFFICITE by virtue of its substantial, continuous and not isolated activity, e.g., providing websites to

1

persons/businesses throughout Florida and within this judicial district, contracting with the Florida Dental Association within this district, and maintaining an office in Florida.

4. Representative examples of OFFICITE created and hosted websites for dentists located within this judicial district include: http://www.healthysmilestally.com/; http://www.drswaltonandcardman.com/; http://www.capitalperio.com/; http://www.gulfcoastperio.com/; http://www.smileperdido.com/; http://www.andrewtaylordental.com/; http://www.pensacoladentist.net/; http://www.buschdental.com/; http://www.destindental.com/.

5. Venue is proper in this District, pursuant to 28 U.S.C. §§ 1392(b)-(c) and 1400 (a).

## THE PARTIES

6. OFFICITE is an Illinois limited liability company, having its principal place of business at 909 N. Sepulveda Blvd, 11th Floor, El Segundo, CA 90245. OFFICITE provides pre-packaged website designs to dentists and other health care providers throughout the United States and throughout Florida. OFFICITE contracts with dental clients located within this judicial district.

7. POHL is a practicing dentist in Boca Raton, Florida who devotes a substantial amount of his practice to cosmetic dentistry.

## BACKGROUND

8. As part of his practice, Dr. Pohl has extensively documented his work through the use of "before and after" photographs that depict the transformational nature of his work. POHL has published these photographs on his website,

www.bocaratoncosmeticdentist.com, to inform the public about his knowledge and practice of restorative and cosmetic dentistry.

9. On November 28, 2005, Dr. Pohl registered the artwork, photographs and text titled "Boca Raton Cosmetic and Restorative Dentistry" (the "Work") with the United States Copyright Office (Registration No. TX 6-210-837). This registration was subsequently amended by Supplementary Registration TX 6-484-589, effective February 3, 2014, to correct and limit Dr. Pohl's authorship to photographs. A copy of the '837 Registration Certificate and the '589 Supplementary Registration Certificate are attached as Exhibit "A" hereto (collectively, the "Registration").

10. The Registration covers and includes "before and after" photographs of Dr. Pohl's patients. The Registration includes the following photographs:

 

(collectively, the above photographs, shall hereafter be referred to as the "Infringed Photographs").

**OFFICITE'S BUSINESS MODEL**

11. OFFICITE markets itself as "the world's leading provider of websites and online marketing for healthcare practices."

12. OFFICITE's YouTube marketing materials (https://www.youtube.com/watch?v=sRLAETgbLk0 ) state that it will "design, develop, and host" websites for its clients, and that OFFICITE will "even provide content."

13. OFFICITE also partners with medical associations to market its services. OFFICITE has partnered with the Florida Dental Association ("FDA"), and is listed on the FDA website (http://www.fdaservices.com/crownsavings/ ) as a "Crown Merchant," and is the only vendor recommended by the FDA to its members for website development and hosting services. The FDA is headquartered in Tallahassee, Florida, within this judicial district.

14. Upon information and belief, OFFICITE has created hundreds of websites for its dental clients, with many of these websites including the Infringed Photographs.

15. OFFICITE's marketing materials (shown below) state in part "[w]e'll give you a state-of-the-art Web presence that means top rankings on Google, a strong image for your practice, more patients, more referrals and greater levels of success."

# Officite

CALL US TODAY! (800) 908-2483

## Results-Driven Online Medical Marketing
### Officite



In today's Internet world, people of all ages rely on the Internet to find what they're looking for, whether it's the symptoms of a certain medical condition or the contact info for a reliable doctor. And when they're searching—be it from an office desktop or a mobile phone in a sandwich shop— you want to make your practice easy to find. That's where Officite comes in. We'll give you a state-of-the-art Web presence that means top rankings on Google, a strong image for your practice, more patients, more referrals and greater levels of success.

Other medical practices in every specialty and every locale are already responding to the needs of this Internet-obsessed society with their own websites, social media campaigns and reputation management—don't get left behind! Let Officite build your online image into a powerful, highly competitive 24/7 marketing tool that delivers results, from increased traffic to new contacts to more patients. It's time your Web presence was as strong and reliable as your practice. We'll make it happen.

### WHY OFFICITE?
When you partner with Officite, you gain the assistance of the world's leading provider of websites and online marketing for healthcare practices. We've worked with over 6,000 healthcare providers worldwide and are recommended by over 20 top medical associations. Our comprehensive online marketing services have been proven to increase visibility, boost brand awareness, deliver new patients and bring in new referrals.

### OFFICITE'S ONLINE MEDICAL MARKETING SERVICES

✔ **Customized Medical Websites.** 24/7 marketing tools reflective of you.

✔ **Local Search Marketing.** Increased visibility to users in your community.

✔ **Mobile Websites.** Connections with patients using mobile devices on the go.

✔ **Social Media Marketing.** Greater exposure & referrals via social networks.

✔ **Blog Marketing.** Stronger authority and visibility via blog marketing.

✔ **Reputation Management.** Enhanced online image through proven strategies.

✔ **Patient Education.** Trusted educational options for preventative healthcare and treatment acceptance.

✔ **Doctor Portal Web Management Tool.** Convenient control over Web presence.

✔ **Brand Marketing.** Unified marketing materials to enhance your brand.

© 2013 Officite. All Rights Reserved

5

## OFFICITE'S ACTIONS

16. On or around spring of 2016, Dr. Pohl discovered that the Infringed Photographs are included on numerous websites developed by OFFICITE for its dentist clients. Screenshots of three such websites (the "Websites:) are shown below:

5/25/2016 Veneers

Scott Miller Dentistry

C. Scott Miller, DD
1421 Smokey Park H
Candler, NC 28715
828-667-9110

Home Our Staff Our Office Our Services Request an Appointment New Patients Contact

You are in Veneers
Featured topics include: Bleaching • Bleaching • Bleaching • Bleaching • Bleaching • Bleaching • Bonding • Bonding • Bonding • Bonding • Cerec Crowns • Chipped, Cracked, and Worn Te
Teeth • Chipped, Cracked, and Worn Teeth • Chipped, Cracked, and Worn Teeth • Chipped, Cracked, and Worn Teeth • Chipped, Cracked, and Worn Teeth • Digital X-Rays • Excessiv
Uneven
Gums • Grafts • Grafts • Grafts • Implants • Implants • Implants • Implants • Implants • Implants • Implants • Implants • Implants • Implants • Implants • Implants • Implants • Invisa
and Unsightly Fillings • Old and Unsightly Fillings • Old and Unsightly Fillings • Old and Unsightly Fillings • Old and Unsightly Fillings • Ridge Augmentation • Ridge Augmentati
Augmentation • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whi
Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth W
Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening
Whitening • Veneers • Veneers • Veneers • Veneers • Veneers • Veneers • Veneers • Veneers • Veneers • Veneers • Veneers • Veneers • Veneers • Veneers • Veneers • Veneers • Whitenin

### Veneers

Search

**Dental Veneers**

This section of our cosmetic dentistry information site provides you with some background into dental veneers, both composite veneers and porcelain veneers. Dental veneers, sometimes called tooth veneers, can be used to correct both color and shape problems.

**What causes discoloration of the teeth?**

Teeth enamel discoloration can be caused by staining, aging, or chemical damage to teeth. Some of the more common causes of teeth discoloration are medications, coffee, tea or cigarettes. People who drink significant amounts of cola soft drinks can experience similar staining.

Aside from staining, there are other factors that can affect the color of an individual's teeth. Genetics can play a role. Some people have naturally brighter enamel than others. Disease can also be a factor and certain medications can cause a discoloration of the teeth. If you suspect that there is an underlying medical cause for your teeth discoloration, be sure to inform your cosmetic dentist.

**Who is a candidate for Dental Veneers?**

Veneers, porcelain or plastic, are placed over the front teeth to change color shape of the teeth. Veneers are ideal for teeth that are too small, too big, or have uneven surfaces. It is
imperfect teeth, either oddly shaped teeth, chipped teeth, crooked teeth, teeth with small holes in them, or an inappropriate sized tooth or teeth that have an odd appearance. Veneers sc
durable and pleasing smile.

**Overview of Tooth Veneers**

Often an alternative to crowns, veneers are very thin pieces of specially-shaped porcelain or plastic that are glued over the front of your teeth with little or no anesthesia needed. They are
discolored, chipped, have small holes or pits, misshapen or crooked, or for the correction of unwanted or uneven spaces. Unlike crowns, veneers won't require the dentist to remove much
is important to ask your cosmetic dentist how much tooth will be removed. In some cases more tooth will need to be removed, which may increase the risk of trauma to the tooth. Venee
taken in your cosmetic dentist's office. Your custom veneer is then glued directly onto your tooth. Typically costing less than crowns, veneers won't stain, making veneers a very popular so
perfect smile. Strong and very durable, veneers last from ten to fifteen years, and come in colors that will brighten dark teeth without the worry of them changing color.

**How are Tooth Veneers Attached to your Tooth?**

In your first appointment, it is important to initially discuss with your cosmetic dentist that you will want to "try in" your veneers with temporary cement that is the same color cement
attachment. During this "try-in" phase, be sure to look at your veneers in natural light in addition to the office light. Teeth are prepared for veneers by lightly buffing to allow for the sm
Veneers are thin like contact lenses, and will usually only need tooth reduction of 0.5mm to 1.0mm. If a drastic change is being made for the result you want, reduction may be 1.0mm to 2
from which the veneers are modeled after. Temporary veneers will be placed and worn until your permanent veneers are ready. While wearing the temporary veneers, advise your cosr
changes you would like made, such as in shape or size. These changes will be translated into your permanent veneers, so good communication between you and your dentist is important

Your dentist places the veneers with water or glycerin on the teeth to verify their perfect fit and the shade or color. The color cannot be changed after the veneers are adhered to your tee
chemicals to achieve a durable bond. Once the glue is between the veneer and your tooth, a light beam is used to harden the glue/cement.

**Types of Tooth Veneer Procedures**

There are two tooth veneers procedures available that correct discoloration of the teeth by removing the brown and yellow staining. While each work effectively, there are advantages anc
dependent upon your objectives and commitment to the processes. The type of procedures available should be discussed with your cosmetic dentist, and they will recommend the most ap
for you.

**Composite Veneer Procedure:**



5/25/2016                                        Dentist Mantua, NJ



**TREATMENT**
Braces (Orthodontia)
Sealants
Missing Teeth
Bridges
Crowns
Root Canal Therapy
Extractions
Scaling and Root Planing
Flap Surgery
Dentures
Jaw/TMJ
Maxillofacial Surgery
Cosmetic Dentistry
Snoring and Sleep Apnea

## Veneers



Dental Veneers

This section of our cosmetic dentistry information site provides you with some background into dental veneers, both composite veneers and porcelain veneers. Dental veneers, sometimes called tooth veneers, can be used to correct both color and shape problems.

**What causes discoloration of the teeth?**

Teeth enamel discoloration can be caused by staining, aging, or chemical damage to teeth. Some of the more common causes of teeth discoloration are medications, coffee, cigarettes. People who drink significant amounts of cola soft drinks can experience similar staining.

Aside from staining, there are other factors that can affect the color of an individual's teeth. Genetics can play a role. Some people have naturally brighter enamel than others. Disease can also be a factor and certain medications can cause a discoloration of the teeth. If you suspect that there is an underlying medical cause for your teeth discoloration, be sure to inform your cosmetic dentist.

**Who is a candidate for Dental Veneers?**

Veneers, porcelain or plastic, are placed over the front teeth to change color shape of the teeth. Veneers are ideal for teeth that are too small, too big, or have uneven surfaces. imperfect teeth, either oddly shaped teeth, chipped teeth, crooked teeth, teeth with small holes in them, or an inappropriate sized tooth or teeth that have an odd appearance. a durable and pleasing smile.

**Overview of Tooth Veneers**

Often an alternative to crowns, veneers are very thin pieces of specially-shaped porcelain or plastic that are glued over the front of your teeth with little or no anesthesia needed. severely discolored, chipped, have small holes or pits, misshapen or crooked, or for the correction of unwanted or uneven spaces. Unlike crowns, veneers won't require the most cases. It is important to ask your cosmetic dentist how much tooth will be removed. In some cases more tooth will need to be removed, which may increase the risk of an impression taken in your cosmetic dentist's office. Your custom veneer is then glued directly onto your tooth. Typically costing less than crowns, veneers won't stain, making people seeking that perfect smile. Strong and very durable, veneers last from ten to fifteen years, and come in colors that will brighten dark teeth without the worry of them

**How are Tooth Veneers Attached to your Tooth?**

In your first appointment, it is important to initially discuss with your cosmetic dentist that you will want to "try in" your veneers with temporary cement that is the same color attachment. During this "try-in" phase, be sure to look at your veneers in natural light in addition to the office light. Teeth are prepared for veneers by lightly buffing to allow Veneers are thin like contact lenses, and will usually only need tooth reduction of 0.5mm to 1.0mm. If a drastic change is being made for the result you want, reduction may teeth, from which the veneers are modeled after. Temporary veneers will be placed and worn until your permanent veneers are ready. While wearing the temporary veneers adjustments or changes you would like made, such as in shape or size. These changes will be translated into your permanent veneers, so good communication between y your new smile.

Your dentist places the veneers with water or glycerin on the teeth to verify their perfect fit and the shade or color. The color cannot be changed after the veneers are adhered with chemicals to achieve a durable bond. Once the glue is between the veneer and your tooth, a light beam is used to harden the glue/cement.

**Types of Tooth Veneer Procedures**

There are two tooth veneers procedures available that correct discoloration of the teeth by removing the brown and yellow staining. While each work effectively, there are procedure dependent upon your objectives and commitment to the processes. The type of procedures available should be discussed with your cosmetic dentist, and they veneers procedure for you.

**Composite Veneer Procedure:**

Composite (direct) veneers are usually performed in a single visit to your cosmetic dentist. The procedure is an application of a bond and enamel directly to the tooth's surf



5/25/2016 Veneers

Dr. Roy Jolley
Cosmetic Dentistry, Orthodontics, TMJ Therapy, and Pain Management

Little Rock Office
5 Van Circle
Little Rock, AR 72207
501-664-5615

Search GO Home Our Doctor Our Staff Our Office Services Appointment Request Directions Contact

You are in Veneers
Featured topics include: Bleaching • Bleaching • Bleaching • Bleaching • Bleaching • Bleaching • Bonding • Bonding • Bonding
Teeth • Chipped, Cracked, and Worn Teeth • Chipped, Cracked, and Worn Teeth • Chipped, Cracked, and Worn Teeth • C
Gums • Grafts • Grafts • Grafts • Implants • Implants • Implants • Implants • Implants • Implants • Implants • Implants
and Unsightly Fillings • Old and Unsightly Fillings • Old and Unsightly Fillings • Old and Unsightly Fillings • Old and Uns
Augmentation • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Wh
Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whiten
Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whitening • Teeth Whiten
Whitening • Veneers • Veneers • Veneers • Veneers • Veneers • Veneers • Veneers • Veneers • Veneers • Veneers • Venee

## Veneers

**Dental Veneers**

Orthodontics Phase I
Orthodontics Phase
Adult Orthodontics
Snoring and Sleep
TMJ
Oral Health Topics
Tooth Care
Dental Problems
Treatment
Pain Management
Patient Information
Product Reviews
Glossary
Links

This section of our cosmetic dentistry information site provides you with ... ntal veneers, both composite veneers and porcelain vene problems.

**What causes discoloration of the teeth?**

Teeth enamel discoloration can be caused by staining, aging, or chemic ... of the more common causes of teeth discoloration are m experience similar staining.

Aside from staining, there are other factors that can affect the color of a ... ics can play a role. Some people have naturally brighter teeth. If you suspect that there is an underlying medical cause for your teeth discoloration, be sure to inform your cosmetic dentist.

**Who is a candidate for Dental Veneers?**

Veneers, porcelain or plastic, are placed over the front teeth to change color shape of the teeth. Veneers are ideal for teeth that are too small, too big, or l with small holes in them, or an inappropriate sized tooth or teeth that have an odd appearance. Veneers solve such irregularities and create a durable and

**Overview of Tooth Veneers**

Often an alternative to crowns, veneers are very thin pieces of specially-shaped porcelain or plastic that are glued over the front of your teeth with little or for the correction of unwanted or uneven spaces. Unlike crowns, veneers won't require the dentist to remove much of the tooth itself in most cases. It is ir increase the risk of trauma to the tooth. Veneers are created from an impression taken in your cosmetic dentist's office. Your custom veneer is then glued seeking that perfect smile. Strong and very durable, veneers last from ten to fifteen years, and come in colors that will brighten dark teeth without the wo

**How are Tooth Veneers Attached to your Tooth?**

In your first appointment, it is important to initially discuss with your cosmetic dentist that you will want to "try in" your veneers with temporary cement th natural light in addition to the office light. Teeth are prepared for veneers by lightly buffing to allow for the small added thickness of the veneer. Veneers a you want, reduction may be 1.0mm to 2.0mm. A mold is taken of the teeth, from which the veneers are modeled after. Temporary veneers will be placed changes you would like made, such as in shape or size. These changes will be translated into your permanent veneers, so good communication between yo

Your dentist places the veneers with water or glycerin on the teeth to verify their perfect fit and the shade or color. The color cannot be changed after the veneer and your tooth, a light beam is used to harden the glue/cement.

**Types of Tooth Veneer Procedures**

There are two tooth veneers procedures available that correct discoloration of the teeth by removing the brown and yellow staining. While each work effec type of procedures available should be discussed with your cosmetic dentist, and they will recommend the most appropriate tooth veneers procedure for yo

**Composite Veneer Procedure:**

Composite (direct) veneers are usually performed in a single visit to your cosmetic dentist. The procedure is an application of a bond and enamel directly t

17. The Websites were created by OFFICITE. Upon information and belief, OFFICITE provided the content for the Websites, including the Infringed Photographs.

18. Upon information and belief, OFFICITE has created many additional websites for its dentist clients that include the Infringed Photographs.

19. OFFICITE has been paid by its dental clients for designing websites which reproduce, publish, display, and distribute the Infringed Photographs.

20. In May, 2016, POHL contacted OFFICITE to demand that OFFICITE: a) cease and desist from the unauthorized use of POHL's photographs; b) provide written confirmation of its non-use of POHL's copyrighted photographs; and c) pay POHL for its unauthorized use of POHL's copyrighted photographs.

21. OFFICITE did not respond to POHL's demands. However, OFFICITE did remove the Infringed Photographs from the Websites.

22. OFFICITE has infringed the copyright in the Infringed Photographs and has failed to account to POHL for such infringement.

23. POHL has never authorized or consented to OFFICITE's use of his copyrighted work.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT

24. Plaintiff incorporates by references allegations 1 – 23.

25. This is action for direct Copyright Infringement of photographs covered by the Registration, pursuant to 17 U.S.C. § 501, against OFFICITE.

26. POHL is the owner of all rights, title, and interest in and to the Registration.

27. The photographs that are the subject matter of the Registration are wholly original and copyrightable matter under the Copyright Act.

The photographs covered by the Registration include but are not limited to:

 

28.     OFFICITE has infringed POHL's copyright, in violation of 17 U.S.C. § 501 et seq., by creating websites for its clients that reproduce, distribute and publicly display POHL's copyrighted photographs without POHL's consent or authorization.

29.     OFFICITE has provided POHL's copyrighted photographs, as website content, to OFFICITE's customers, and has been paid for this content.  As a result, OFFICITE has profited from its unlawful use of POHL's copyrighted photographs.

30.     Upon information and belief, OFFICITE's infringement is continuing in nature and is willful.

31.     OFFICITE's infringement has caused injury to POHL, including damages.

WHEREFORE, POHL prays that this Court:

A.     Enter judgment against OFFICITE for infringement of the POHL's copyrights in the Work;

    B.    Award POHL his actual damages and OFFICITE's profits pursuant to 17 U.S.C. § 504(b);

    C.    Award POHL statutory damages pursuant to 17 U.S.C. § 504 (c) (1);

    D.    Award an increased amount of statutory damages for willful infringement of the '837 Registration, if proven, to a sum of $150,000 pursuant to 17 U.S.C. § 504 (c) (2);

    E.    Award POHL his costs and reasonable attorney's fees in connection with this action pursuant to 17 U.S.C. § 505;

    F.    Permanently enjoin OFFICITE from further acts of infringement; and

    G.    Award POHL such other relief as this Court deems appropriate

## Jury Demand

POHL hereby demands trial by jury on all issues so triable.

Respectfully submitted,

s/ Willliam H. Hollimon
Florida Bar No. 0104868
Hollimon, P.A.
118 N. Gadsden St.
Tallahassee, FL 32301
Telephone:   (850) 320-8515

E-mail:       bill@hollimonpa.com
*Attorneys for Plaintiff Mitchell A. Pohl*