UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.:  4:17-cv-00181-MW-CAS

MITCHELL A. POHL, DDS.,

        Plaintiff,

v.

MH SUB I, LLC DBA OFFICITE,

        Defendant.

## STIPULATION OF SETTLEMENT

Plaintiff MITCHELL A. POHL, DDS. and Defendant MH SUB I, LLC DBA OFFICITE, by and through their undersigned counsel, hereby stipulate to the Court that the parties have reached a settlement and request until November 9, 2020 in which to file a Stipulation of Dismissal.

Dated:  October 9, 2020

| | |
|---|---|
| */s/Joel B. Rothman* | */s/ Matthew S. Nelles* |
| JOEL B. ROTHMAN | MATTHEW S. NELLES |
| Florida Bar Number:  98220 | Florida Bar No. 009245 |
| joel.rothman@sriplaw.com | mnelles@nklawflorida.com |
| CRAIG A. WIRTH | E. ADRIANNA KOSTENCKI |
| Florida Bar Number:  125322 | Florida Bar No. 84507 |
| craig.wirth@sriplaw.com | akostencki@nklawflorida.com |
| | |
| **SRIPLAW** | **NELLES KOSTENCKI PLLC** |
| 21301 Powerline Road | 110 East Broward Boulevard |
| Suite 100 | Suite 670 |
| Boca Raton, FL 33433 | Fort Lauderdale, FL 33301 |
| 561.404.4350 – Telephone | (561) 715-7804 - Telephone |
| 561.404.4353 – Facsimile | (954) 246-4900 - Facsimile |
| | |
| *Counsel for Plaintiff Mitchell A. Pohl, DDS.* | *Counsel for Defendant MH SUB I, LLC dba* |

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

*Officite*